An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALDINE TRICE,
Appellant,
vs.
JP MORGAN CHASE BANK; CHASE
HOME FINANCE; AND CALIFORNIA
RECONVEYANCE COMPANY,
Respondents.

No. 66586

FILED

APR 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court summary judgment in a real property action, certified as final under NRCP 54(b).[1] Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Having considered appellant's appeal statement and the record on appeal, we conclude that the district court properly granted summary judgment in favor of respondents. *See Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005) (reviewing de novo a district court's decision to grant summary judgment). In particular, we agree with the district court's conclusions that appellant did not present evidence sufficient to support the elements of her four claims for relief as those claims related to respondents. *See Cuzze v. Univ. & Cmty. Coll. Sys. of Nev.*, 123 Nev. 598, 602-03, 172 P.3d 131, 134 (2007) ("[I]f the nonmoving party will bear the burden of persuasion at trial, the party moving for summary judgment may satisfy the [summary judgment

---

[1]We direct the clerk of the court to modify the caption on the docket for this case to conform to the caption on this order, which reflects that National Default Servicing Corporation is not a party to this appeal.

15-11571

standard] by . . . pointing out . . . that there is an absence of evidence to support the nonmoving party's case." (internal quotation omitted)). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Adriana Escobar, District Judge
Geraldine Trice
Smith Larsen & Wixom
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A